**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Kelvin D. DOTIE, also known as Kalvin Dotie, Defendant–Appellant.**

No. 09–30345
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 12, 2010.

Cristina Walker, Assistant U.S. Attorney, Robert Watts Gillespie, Jr., Assistant U.S. Attorney, U.S. Attorney's Office,

---

Western District of Louisiana, Shreveport, LA, for Plaintiff–Appellee.

Betty Lee Marak, Federal Public Defender's Office, Shreveport, LA, for Defendant–Appellant.

Before GARZA, DENNIS, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Kelvin D. Dotie has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Dotie has filed a response. Our independent review of the record, counsel's brief, and Dotie's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.